UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| JAMES ROBERT MOBLEY, | ) | Civil Action No. 6:17-CV-695-MGL-KFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

Upon consideration of the Commissioner's Motion to Remand, it is hereby ORDERED that the decision of the Commissioner is vacated and this case is remanded to an administrative law judge (ALJ) for further administrative proceedings.[1]

Upon remand, the ALJ will obtain supplemental evidence from a vocational expert regarding the effect of the assessed limitations on the occupational base, determine whether there are any conflicts between the Dictionary of Occupational Titles and the evidence from the vocational expert, and resolve any conflicts pursuant to Social Security Ruling 00-4p.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

    s/Mary Geiger Lewis
    United States District Judge

October 16, 2017
Columbia, South Carolina

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.