# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| James Robert Mobley, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 6:17-cv-00695-MGL-KFM |
| Commissioner Social Security Administration, ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Mary Geiger Lewis.

Date:  October 16, 2017                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                   s/Ashley Buckingham, Deputy Clerk
                                                                                   *Signature of Clerk or Deputy Clerk*